UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED: 7/22/16

In re:                                                             Case Number: 14-20232-dob

**CHEBOYGAN LUMBER COMPANY,**         Chapter 11

     Debtor.                                         HON. DANIEL S. OPPERMAN

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

        to      Operating Statement          (Form 2)
        to      Balance Sheet                 (Form 3)
        to      Summary of Operations      (Form 4)
        to      Monthly Cash Statement     (Form 5)
        to      Statement of Compensation  (Form 6)
        to      Schedule of In-Force Insurance  (Form 7)

   and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in effect; and, (If not, attach a written explanation)    N/A   YES _____          NO _____

3. That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
   (If not, attach a written explanation)          YES ✓          NO _____

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization. (If not, attach a written explanation)    YES ✓          NO _____

5. All United States Trustee Quarterly fees have been paid and are current.
                                                              YES ✓          NO _____

6. Have you filed your pre-petition tax returns.
   (If not, attach a written explanation)          YES ✓          NO _____

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct to the best of my information and belief.

Dated: 7/22/16                       _____
                                                        Debtor in Possession

                                            President                231-627-5661
                                              Title                           Phone

                                                                                        Form 1

OPERATING STATEMENT  
PERIOD ENDING 7/22/2016  
CASE NUMBER 14-20232-DOB

|  | JULY 7.22 | 2/4/2014 |
|---|---|---|
| TOTAL REVENUE/SALES | - | 153,413 |
| COST OF SALES |  | 268,053 |
| GROSS PROFIT | - | (114,640) |
| **EXPENSES** |  |  |
| OFFICER COMPENSATION | - | - |
| SALARY EXPENSE OTHER EMPLOYEES | - | 79,169 |
| EMPLOYEE BENEFITS & PENSIONS | - | 28,318 |
| PAYROLL TAX | (184) | 20,040 |
| OTHER TAXES |  | 7,689 |
| RENT & LEASE EXPENSES | - | - |
| INTEREST EXPENSE | - | 26,100 |
| INSURANCE | - | 10,654 |
| AUTO & TRUCK EXPENSE | - | 2,230 |
| UTILITIES | - | 9,784 |
| DEPRICIATION | - | 17,228 |
| TRAVEL & ENTERTAINMENT | - | 8 |
| REPAIR & MAINT | - | 441 |
| ADVERTISING | - | 1,000 |
| SUPPLIES/OFFICE | (491) | 8,246 |
| OTHER - TRUSTEE FEE | 975 | 2,600 |
| OTHER - PROP TAX | - | 86,489 |
| TOTAL EXPENSE | 300 | 299,996 |
| NET OPERATING PROFIT/LOSS | (300) | (414,636) |
| **ADD: NON OPERATING INCOME** |  |  |
| INTEREST INCOME |  | 1,102 |
| OTHER INCOME | 6 | 427,988 |
| **LESS: NON OPERATING EXPENSES** |  |  |
| PROF FEES |  | 4,000 |
| OTHER |  | - |
| NET INCOME/LOSS | (294) | 10,454 |

BALANCE SHEET
PERIOD ENDING 7.22.16
CASE 14-20232-DOB

|  | JULY | JUNE | AT FILING 2-6-14 |
|---|---:|---:|---:|
| **ASSETS** | | | |
| CASH | 8,326.00 | 8,620.00 | 4,875.92 |
| INVENTORY | 2,040.00 | 2,040.00 | 638,162.51 |
| ACCT REC | 54,900.00 | 54,900.00 | 104,198.85 |
| INSIDER REC | 11,568.00 | 11,568.00 | 11,343.98 |
| LAND & BUILDING | 25,000.00 | 25,000.00 | 1,230,576.85 |
| F, F & E | 298,079.00 | 298,079.00 | 1,654,258.81 |
| ACCUM DEP | (271,895.00) | (271,895.00) | (2,643,971.34) |
| OTHER | - | - | - |
| OTHER | - | - | - |
| **TOTAL ASSETS** | 128,018.00 | 128,312.00 | 999,445.58 |
| | | | |
| **LIABILITIES** | | | |
| POST PETITION LIABILITIES | | | |
| ACCOUNTS PAYABLE | 8,925.00 | 8,925.00 | - |
| RENT & LEASE PAYABLE | | | - |
| WAGES & SALARIES | | | - |
| TAX PAYABLES | 27,457.00 | 27,457.00 | - |
| OTHER | - | - | - |
| TOTAL POST PETITION LIABILITIES | 36,382.00 | 36,382.00 | - |
| | | | |
| SECURED LIABILITIES | | | 2,045,336.11 |
| SUBJECT TO POST PETITION | | | - |
| COLLATERAL OR FINANCING ORDER | | | - |
| ALL OTHER SECURED LIABILITIES | - | - | - |
| TOTAL SECURED LIABILITIES | - | - | 2,045,336.11 |
| | | | |
| PRE PETION LIABILITIES | | | |
| TAX & OTHER PRIORITY LIABILITIES | 356,936.00 | 356,936.00 | 357,291.02 |
| UNSECURED LIABILITIES | 960,457.00 | 960,457.00 | 1,008,669.86 |
| OTHER | | | - |
| TOTAL PRE PETITION LIABILITIES | 1,317,393.00 | 1,317,393.00 | 1,365,960.88 |
| | | | |
| **EQUITY** | | | |
| OWNERS CAPITAL | 1,527,432.00 | 1,527,726.00 | 353,722.06 |
| RETAINED EARNINGS PRE PETITION | (2,753,189.00) | (2,753,189.00) | (2,765,573.47) |
| RETAINED EARNINGS POST PETITION | | | - |
| TOTAL EQUITY | (1,225,757.00) | (1,225,463.00) | (2,411,851.41) |
| | | | |
| TOTAL LIABILITIES | 1,353,775.00 | 1,353,775.00 | 3,411,296.99 |
| | | | |
| / AND EQUITY | 128,018.00 | 128,312.00 | 999,445.58 |

# SUMMARY OF OPERATIONS

Period Ended: 7/22/16

Case No: 14-20232-dob

## Schedule of Post-Petition Taxes Payable

| | Beginning Balance | Accrued/ Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| Federal: | 3383.42 | | | 3383.42 |
| State: | (2477.03) | | | (2477.03) |
| Local: | | | | |
| FICA Withheld: | (771.46) | | | (771.46) |
| Employers FICA: | (771.46) | | | (771.46) |
| **Unemployment Tax:** | | | | |
| Federal: | (183.51) | | | (183.51) |
| State: | (148.72) | | | (148.72) |
| Sales, Use & Excise Taxes: | | | | |
| Property Taxes: | | | | |
| Workers' Compensation | | | | |
| Other: | | | | |
| TOTALS: | | | | |

## AGING OF ACCOUNTS RECEIVABLE AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | | | 8925 |
| Accounts Receivable | | | 66468 |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

_____
_____
_____
_____
_____

Form 4

# MONTHLY CASH STATEMENT

Period Ending: 7/22/16

Cash Activity Analysis (Cash Basis Only):    Case No: 14-20232-dob

|   | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | 1575.36 | 2186.7 | 241.34 | | |
| B. Receipts (Attach separate schedule) | 2941.80 | | 1188.92 | | |
| C. Balance Available (A + B) | 4517.16 | 213.67 | 1431.26 | | |
| D. Less Disbursements (Attach separate schedule) | 1000.00 (to tax Acct) | 50.88 162.79 | 0 | | |
| E. ENDING BALANCE (C - D) | 3517.16 |  | 1431.26 | | |

**ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment. $_____**

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:
1. Depository Name & Location  PNC, Cheboygan, MI, 49721
2. Account Number  2686

Payroll Account:
1. Depository Name & Location  PNC, Cheboygan, MI, 49721
2. Account Number  2694

Tax Account:
1. Depository Name & Location  PNC, Cheboygan, MI, 49721
2. Account Number  2707

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

_____

Date: 7/22/16    _____
                 Debtor in Possession

*Form 5*

# MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending: 7/22/16

Case No: 14-20232-dob

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

Name: N/A  no employees

Capacity:
____ Shareholder
____ Officer
____ Director
____ Insider

Detailed Description of Duties: _____

| | Weekly | or | Monthly |
|---|---|---|---|
| **Current Compensation Paid:** | | | |
| **Current Benefits Paid:** | | | |
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | | | |
| **Current Other Payments Paid:** | | | |
| Rent Paid | | | |
| Loans | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Total Other Payments | | | |
| **CURRENT TOTAL OF ALL PAYMENTS:** | | | |

Dated: 7/22/16

Principal, Officer, Director, or Insider

Form 6

SCHEDULE OF IN-FORCE INSURANCE

Period Ending: 7/22/16

Case No: 14-20232-dob

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | N/A | |
| General Business Policy | N/A | |

Form 3

# PNC Online Banking

PNC Online Banking

Account Activity

Friday, July 22, 2016

CLC Gener████████████  Available Balance: $3,517.16

## Pending Transactions

These transactions have been made to your account but have not yet posted to your account. When they have posted, they will be reflected in your Posted Transactions. Pending items may affect your available balance and are not a statement of your account.

| Date | Description | Withdrawals | Deposits |
|---|---|---|---|
| 07/22/2016 | ONLINE BANKING TRANSFER | $1,060.00 | |
| 07/22/2016 | ONLINE BANKING TRANSFER DEPOSIT | | $841.01 |

## Posted Transactions

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 07/07/2016 | ONLINE TRANSFER FROM XXXXX782 | | $1,400.00 | $3,975.16 |
| 07/07/2016 | ONLINE TRANSFER FROM XXXX3767 | | $1,000.00 | $2,575.16 |
| 06/30/2016 | CORPORATE ACCOUNT ANALYSIS CHARGE | $50.00 | | $1,575.16 |
| 05/31/2016 | CORPORATE ACCOUNT ANALYSIS CHARGE | $107.50 | | $1,715.16 |

PNC Online Banking

PNC Online Banking

### Account Activity

Available Balance: $1,279

#### Pending Transactions

There are transactions made from an account that has not yet cleared the bank and are not yet posted to your account. When they are posted, they will be included in your Posted Transactions. Pending items may affect your Available Balance but are not a statement of your account.

| Date | Description | Withdrawals | Deposits |
|---|---|---|---|

There are no items in Pending Transactions.

#### Posted Transactions

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 02/21/2014 | CORPORATE ACH ADP/PAYROLL SERVICE FEE | $50.00 | | $180.79 |
| 02/21/2014 | CORPORATE ACH ADP/PAYROLL SERVICE FEE | $50.00 | | $130.47 |
| 02/21/2014 | LOAN PMT TRANSFER TO XXXXXXXX | $1,000.00 | | $304.96 |
| 02/21/2014 | CORPORATE ACH ADP/PAYROLL SERVICE FEE | $50.00 | | $1,204.96 |

# PNC Online Banking

## Account Activity

Friday, July 22, 2016

Available Balance: $1,241.34

### Pending Transactions

These transactions have been submitted to us since the last business day and are not yet posted to your account. When they have posted, they will be reflected in your Posted Transactions. Pending items may affect your Available Balance and are not a statement of your account.

| Date | Description | Withdrawals | Deposits |
|---|---|---|---|
| 07/22/2016 | TELLER DEPOSIT | | $183.79 |
| 07/22/2016 | TELLER DEPOSIT | | $6.13 |
| 07/22/2016 | ONLINE BANKING TRANSFER DEPOSIT | | $1,000.00 |

### Posted Transactions

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 06/03/2016 | ACH TEL-SINGLE 20:YIM4 BUS Blue Care Ne TEL PMTS | $1,841.75 | | $241.34 |
| 05/25/2016 | ONLINE TRANSFER FROM XXXXX2694 | | $1,000.00 | $2,083.09 |
| 05/25/2016 | REVERSED CHECK | | $1,841.75 | $1,083.09 |
| 05/25/2016 | RETURNED ITEM FEE (NSF) | $36.00 | | -$758.66 |
| 05/24/2016 | CHECK 1036 072348203 | $1,841.75 | | -$722.66 |
| 05/23/2016 | ONLINE TRANSFER FROM XXXXX2762 | | $500.00 | $1,119.09 |
| 05/19/2016 | ONLINE TRANSFER TO XXXXX2762 | $500.00 | | $619.09 |

© Copyright 2016 The PNC Financial Services Group, Inc. All Rights Reserved.
Need help? Call us at 1-888-PNC-BANK (762-2265)