# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

In re:

CHEBOYGAN LUMBER COMPANY

      Debtor.

_____/

Chapter 11
Case No. 14-20232
Hon. Daniel S. Opperman

## DEBTOR'S EX PARTE MOTION TO CLOSE CASE

NOW COMES the Reorganized Debtor (the "Debtor") in the above captioned matter, by and through its counsel, LAMBERT LESER, and for its Ex Parte Motion to Close Case, hereby states as follows:

1. On September 4, 2015, the Court entered an Order Confirming Debtor's Combined Plan and Disclosure Statement [Docket No. 210].

2. The Debtor has since filed Objection to Claims. All matters related to those objections have been resolved.

3. All professionals have filed and obtained approval of their final fee applications.

4. The Bankruptcy Estate has been fully administered.

5. Previously billed U.S. Trustee fees have been fully paid and monthly operating reports have been filed.

6. When the case was scheduled for automatic closing earlier this year, the Debtor was the only party who objected to closing at that time based on its need to finish claims objections.

7. The Office of the U.S. Trustee has indicated they have no objection to the closing of the case with the provision that the quarterly fees that will become due after the case is closed will be paid in full and the monthly operating reports for July 2016

have been submitted.

8. Given the fact that no other parties will be prejudiced by the closing of this case, the Debtor requests that the closing be ordered on an *ex parte* basis.

WHEREFORE, the Debtor respectfully requests the entry of an order, in the form attached hereto as Exhibit 1, and for such other and further relief as the Court deems just and proper.

**LAMBERT LESER**

Dated: August 9, 2016   By: /s/ Winnifred P. Boylan
_____
WINNIFRED P. BOYLAN (P56587)
Attorneys for Debtor
916 Washington Avenue, Suite 309
Bay City, Michigan 48708
Telephone: (989) 893-3518
wboylan@lambertleser.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

In re:

CHEBOYGAN LUMBER COMPANY

Chapter 11
Case No. 14-20232
Hon. Daniel S. Opperman

Debtor.

_____/

## EX PARTE ORDER CLOSING CASE

This matter having come before the Court on the Debtor's Ex Parte Motion to Close Case, and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

A. The Motion is GRANTED.

B. The Debtor shall file all relevant financial reports and pay all U.S. Trustee fees within 10 days of the date of entry of this Order.

C. The case is hereby closed.